An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFF GITLIN, AN INDIVIDUAL; ROBIN LEACH, AN INDIVIDUAL; NORBERT ALEMAN, AN INDIVIDUAL; ANGELA SERMANUKYAN, AN INDIVIDUAL; AND MANUK SERMANUKYAN, AN INDIVIDUAL, Appellants,

vs.

3700 ASSOCIATES, LLC, A NEVADA LIMITED LIABILITY COMPANY; DEUTSCHE BANK AG, A GERMAN CORPORATION; NEVADA PROPERTY I, LLC, A DELAWARE LIMITED LIABILITY COMPANY; AND NEVADA VOTECO, LLC, AN UNKNOWN LIMITED LIABILITY COMPANY, Respondents.

No. 61890

**FILED**

JUN 1 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

On May 29, 2013, appellants filed a motion to voluntarily dismiss this appeal. On May 31, 2013, respondents filed a consent to withdraw the appeal. We grant appellants' motion and hereby dismiss this appeal, with the parties to bear their own costs and fees. NRAP 42(b). In light of this order, appellants' motions filed on April 17, April 18, and May 21, 2013, are denied as moot.

It is so ORDERED.

_____, C.J.
Pickering

SUPREME COURT
OF
NEVADA


(O) 1947A

13-16832

cc: Hon. Elizabeth Goff Gonzalez, District Judge
Sterling Law, LLC
Sigal Chattah
Girardi & Keese
Snell & Wilmer, LLP/Las Vegas
Snell & Wilmer, LLP/Salt Lake City
Eighth District Court Clerk